**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Action No. 07-cr-00177-LTB

UNITED STATES OF AMERICA,
          Respondent,

v.

SALADIM KARIEM,
          Movant.

_____

ORDER
_____

This criminal matter is before me on a Motion for Reconsideration [**Docket # 99**] filed by Saladim Kariem, the defendant in this case, and the Government's Motion to Dismiss the Motion for Reconsideration [**Docket # 101**]. Defendant entered a plea of guilty on August 31, 2007 [**Docket # 62**], and was sentenced on February 5, 2009 [**Docket # 90**]. Judgment was entered on February 10, 2009 [**Docket # 91**]. Defendant filed a notice of appeal from the judgment on February 19, 2009 [**Docket # 93**]. Filing a notice of appeal divests this Court of jurisdiction to reconsider Defendant's sentence. *See United States v. Prows*, 448 F.3d 1223, 1229 (10th Cir. 2006); *see also Henderson v. Ray*, 164 F. App'x 760, 763–63 (10th Cir. 2006).

Accordingly, the Government's Motion to Dismiss the Motion for Reconsideration [**Docket # 101**] is GRANTED. Defendant's Motion for Reconsideration [**Docket # 99**] is DISMISSED for lack of jurisdiction.

Dated: April __10__, 2009.

                                      BY THE COURT:

                                      ___s/Lewis T. Babcock_____
                                      Lewis T. Babcock, Judge